W. K. Cleveland, Plaintiff in Error, vs. The State of Florida, Defendant in Error.

Writ of error to Circuit Court, DeSoto county; Barron Phillips, Judge.

G. W. Dayton, for Plaintiff in Error.

William B. Lamar, Attorney-General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed on motion of the Attorney-General.

---

Fred S. Dewey, Appellant, vs. Albert W. Robert, Appellee.

Appeal from Circuit Court, Dade county; Minor S. Jones, Judge.

No appearance for Appellant.

Robbins & Graham, for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals.

Appeal dismissed on motion of counsel for appellee.